**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 4:13cr181 |
| | § | |
| JAIME SILVA CAVAZOS (2) | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge. On February 25, 2015, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's *Pro Se* Defendant's Motion to Withdraw Plea of Guilty and Motion for New Attorney (Dkt. 74) be DENIED.

There being no objections by Defendant, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

It is, therefore, **ORDERED** that Defendant's *Pro Se* Defendant's Motion to Withdraw Plea of Guilty and Motion for New Attorney (Dkt. 74) is **DENIED.**

**IT IS SO ORDERED.**

SIGNED at Beaumont, Texas, this 30th day of March, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE